## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | § |
| | § |
| v. | § CRIMINAL CASE NO. 3:23-CR-99-JDK |
| | § |
| **WILLIAM MORRIS RISBY,** | § |
| #31495-077, | § |
| Defendant. | § |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Docket No. 143. Objections were filed. Docket No. 144. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Defendant's petition to dismiss and for immediate release is **DENIED**. Docket No. 141.

So **ORDERED** and **SIGNED** this **31st** day of **July, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE